FILED

MAY 2 5 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N D I C T M E N T** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **5 : 22 CR 269** |
| v. | ) | CASE NO. |
| | ) | Title 26, United States Code, |
| DREW MILLER, | ) | Sections 5841, 5861(d) and 5871 |
| | ) | **JUDGE ADAMS** |
| Defendant. | ) | |
| | | **MAG. JUDGE PARKER** |

COUNT 1
(Possession of an Unregistered Firearm, 26 U.S.C. §§ 5841, 5861(d) and 5871)

The Grand Jury charges:

1.     On or about October 2, 2020, in the Northern District of Ohio, Eastern Division,

Defendant DREW MILLER, did knowingly receive and possess firearms as defined in Title 26,

United States Code, Section 5845(a)(7), to wit: two firearm silencers as defined in Title 18,

United States Code, Sections 921(a)(3)(C) and (a)(24), not registered to him in the National

Firearms Registration and Transfer Record, as required by Chapter 53, Title 26, United States

Code, all in violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

FORFEITURE

The Grand Jury further charges:

2.     For the purpose of alleging forfeiture pursuant to Title 26, United States Code,

Section 5872 and Title 28, United States Code, Section 2461(c), the allegation of Count 1 is

incorporated herein by reference.  As a result of the foregoing offense, Defendant DREW

MILLER, shall forfeit to the United States any firearm (silencer) involved in the commission of

such violation; including, but not limited to, the following seized on October 2, 2020:

a.    Two firearm silencers (one - silver in color, and one - black in color);

b.    Anderson Arms model AM-15 .223 Remington caliber rifle, bearing S/N 19249964; and

c.    Walther model P22 .22LR caliber semiautomatic pistol, bearing S/N WA183252.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.